# REQUEST FOR WARRANT ON FILING OF A SUPERSEDING INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned a Superseding Indictment on October 7, 2020, against TEREZ MALIK MELHOUSE, charging the following:

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
21 USC 841(a)(1) and 841(b)(1)(B)(vi) – Possession with Intent to Distribute a Controlled Substance – Fentanyl (40 grams or more)
18 USC 2 – Aiding and Abetting

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: 10/7/2020

DREW H. WRIGLEY
United States Attorney